WEAKLEY, C. J., HARALSON, DOWDELL and SIMPSON, JJ., concur.

TYSON, and DENSON, JJ., dissent.

---

## PRYOR V. LONG DISTANCE TELEPHONE & TELEGRAPH CO.

*Injunction.*

(Decided June 30, 1906.  41 So. Rep. 1011.)

APPEAL from Limestone Chancery Court.

Heard before Hon. W. H. SIMPSON.

THOMAS C. McCLELLAN, for appellant.

ERLE PETTUS, M. K. CLEMENTS, and E. W. GODBY, for appellee.

Affirmed.

Opinion by SIMPSON, J.

WEAKLEY, C. J., HARALSON, DOWDELL and ANDERSON, JJ., concur.

TYSON and DENSON, JJ., dissent.

---

## NEVILLE V. THE STATE.

*Larceny.*

(Decided June 30, 1906.  41 So. Rep. 1028.)

APPEAL from Morgan County Court.

Heard before Hon. W. E. SKEGGS.

CALLAHAN & HARRIS, for appellant.

MASSEY WILSON, Attorney General, and BROWN & KYLE, for appellee.

Reversed and remanded.

Opinion by DOWDELL, J.

WEAKLEY, C. J., and HARALSON and DENSON, JJ., concur.